| | |
|---|---|
| | JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MARCUS, | CV 17-950 PA (FFMx) |
| Plaintiff, | AMENDED JUDGMENT |
| v. | |
| COUNTRYWIDE HOME LOANS, INC., RECONTRUST, COMPANY, NA, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF AMERICA, NA, BAC HOME LOAN SERVICING, LP, LANDSAFE TITLE CORPORATION, FIRST AMERICAN TITLE INSURANCE, CO, VERIPRISE PROCESSING SOLUTIONS, NATIONSTAR MORTGAGE, LLC, QUALITY LOAN SERVICE CORPORATION, U.S. BANK NA, DIANA MACFARLANE, WELLS FARGO BANK, N.A., | |
| Defendants. | |

Pursuant to the Court's August 31, 2017 Minute Order granting the Motions to Dismiss filed by defendants Countrywide Home Loans, Inc., Diana MacFarlane, Nationstar Mortgage LLC ("Nationstar"), and U.S. Bank, N.A. Successor Trustee for the Holders of JPMorgan Mortgage Trust 2005-S2 ("U.S. Bank") (all collectively, "Defendants"), which dismissed the claims asserted by plaintiff Cynthia Marcus ("Plaintiff") without leave to

amend, and to the Court's October 13, 2017 Minute Order granting in part and denying in part the Motion for Attorneys' Fees filed by Nationstar and U.S. Bank,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed without prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Nationstar and U.S. Bank are awarded $16,335.90 in reasonable attorneys' fees.

IT IS SO ORDERED.

DATED: October 20, 2017

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE